IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MCINTOSH,

         Plaintiff,

   v.

UNITED STATES BUREAU OF
PRISONS,

         Defendant.

1:26-CV-415-DAB-LPA

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on May 11, 2026. (D.E. 2.) The Magistrate Judge recommends dismissing Petitioner's petition without prejudice to him filing in the proper district after exhausting any available administrative remedies. The deadline for objections passed on May 29, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 2) is ADOPTED and this action is DISMISSED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 3rd day of June, 2026.

                      /s/ David A. Bragdon
                    United States District Judge